FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 14, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$7,200.00 U.S. CURRENCY,<br><br>Defendant. | No. 2:23-CV-0027-JAG<br><br>ORDER GRANTING DEFAULT JUDGMENT FOR UNITED STATES AND FINAL ORDER OF FORFEITURE<br><br>**MOTION GRANTED**<br>**(ECF No. 13)** |

Before the Court is Plaintiff's Motion for Default Judgment and Final Order of Forfeiture. ECF No. 13.  Plaintiff alleged in a Verified Complaint for Forfeiture In Rem that the Defendant property captioned above is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881.  ECF No. 1.  The Court has jurisdiction over this matter under 28 U.S.C. § 1355, and venue is proper under 28 U.S.C. §§ 1355 and 1395.

The Defendant Property being sought for forfeiture is described as follows:

$7,200.00 U.S. currency, seized by the United States Postal Inspection Service, on or about August 10, 2022, pursuant to the execution of a federal search warrant.

On April 11, 2023, the United States Marshals Service executed the Warrant of Arrest In Rem. (ECF No. 6).  On April 13, 2023, through May 12, 2023, notice of forfeiture was posted on an official government website, www.forfeiture.gov.

ORDER - 1

(ECF No. 7).  On April 12, 2023, potential claimants were provided notice of this civil forfeiture action. (ECF No. 6).  On August 2, 2023, Clerk's Orders of Default were entered against Max Hess and Xerius Jackson. ECF Nos. 11 - 12.  No timely claims to the Defendant Property have been received or filed with the Court, and the deadline for filing timely claims has passed.

The Court has reviewed the motion and the file and is fully informed. Accordingly, **IT IS ORDERED:**

1. Plaintiff's Motion for Default Judgment and Final Order of Forfeiture, **ECF No. 13**, is **GRANTED**.

2. A Default judgment is entered against the interests of Max Hess and Xerius Jackson.

3. The Defendant Property is hereby forfeited to the United States of America and no right, title, or interest shall exist in any other person or entity.

4. United States Marshals Service shall dispose of the forfeited property described herein in accordance with law.

5. The Court shall retain jurisdiction in the case for the purpose of enforcing or amending this Order.

**IT IS SO ORDERED.**  The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE** this file.

DATED November 14, 2023.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2